1

2

3

4

5

6

7

8

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

9  | MING CHING JIN,                                  CASE NO. CV-F-03-5282 REC SMS P

10 |                        Plaintiff,               ORDER PROVIDING PLAINTIFF WITH THE
                                                     OPPORTUNITY TO FILE ANOTHER
11 |     v.                                          OPPOSITION TO DEFENDANTS' MOTION
                                                     TO DISMISS
12 | W. HENSE, et al.,
                                                     (Doc. 43)
13 |                        Defendants.
    | _____/

14

15        Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights

16 action pursuant to 42 U.S.C. § 1983.  On February 9, 2005, defendants filed a second motion to

17 dismiss on the ground that plaintiff failed to exhaust the administrative remedies in compliance with

18 42 U.S.C. § 1997e(a).  (Doc. 43.)  Plaintiff filed an opposition on February 25, 2005.  (Doc. 44.)

19        Defendants' first motion was denied without prejudice on the basis that defendants failed to

20 meet their burden as the parties moving for dismissal.  Defendants' pending motion, which is

21 complete within itself, includes additional evidence.  Plaintiff's opposition to the motion, however,

22 is not complete within itself.  Based on a review of the opposition, it appears plaintiff believes that

23 in resolving defendants' pending motion, the court will refer back to his opposition to the earlier

24 motion.  Plaintiff is incorrect.  In resolving defendants' motion, the court will consider the motion,

25 the opposition, and the reply, if any.  Plaintiff cannot assume that the court will review and consider

26 any other filings, including plaintiff's opposition to defendants' first motion.  It is not the duty of the

27 court to mine the record for facts relevant to the pending motion to dismiss.  If plaintiff wishes to

28 have certain arguments or evidence considered by the court in resolving defendants' pending motion

1   to dismiss, plaintiff must set forth the arguments and/or evidence in an opposition that is directed
2   to defendants' pending motion to dismiss.

3       By this order, plaintiff has been placed on notice that the court will not consider his
4   opposition to the first motion to dismiss.  Plaintiff shall be provided with the opportunity to file
5   another opposition to defendants' pending motion, if he wishes to do so.  The court will consider
6   only one opposition to the motion.  Therefore, if plaintiff files another opposition, his opposition
7   filed on February 25, 2005, will not be considered.  However, if plaintiff does not file another
8   opposition, only his opposition filed on February 25, 2005, will be considered.

9       Accordingly, it is HEREBY ORDERED that:

10      1.      Plaintiff may, if he chooses, file another opposition to defendants' pending motion
11              to dismiss;

12      2.      If plaintiff chooses to file another opposition, he must do so within **thirty (30) days**
13              from the date of service of this order; and

14      3.      If plaintiff files another opposition, his opposition filed on February 25, 2005, will
15              not be considered.

16

17  IT IS SO ORDERED.

18  **Dated:    May 9, 2005**                    _____/s/ Sandra M. Snyder_____
    i0d3h8                                        UNITED STATES MAGISTRATE JUDGE

19
20
21
22
23
24
25
26
27
28