# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>W. HENSE, et al.,<br><br>　　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | CASE NO. 1:03-CV-5282-REC-SMS-P<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN PART, AND DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT, WITHOUT PREJUDICE  (Docs. 50 and 59)<br><br>ORDER VACATING FINDINGS AND RECOMMENDATIONS IN PART, AND REQUIRING PLAINTIFF TO FILE A NEW OPPOSITION TO DEFENDANTS' MOTION TO DISMISS WITHIN THIRTY DAYS  (Docs. 43 and 59)<br><br>ORDER DIRECTING CLERK'S OFFICE TO SEND PLAINTIFF A COPY OF THE COURT'S ORDER OF MAY 9, 2005  (Doc. 56) |

　　　　Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On June 30, 2005, the Magistrate Judge filed a Findings and Recommendations (F&R) recommending that plaintiff's motion for summary judgment be denied, and defendants' motion to dismiss for failure to exhaust be granted, thus concluding this action in its entirety.  The F&R was served on the parties and contained notice to the parties that any objections were to be filed within thirty days.  On July 28, 2005, plaintiff filed an objection to the portion of the F&R relating to defendants' motion to dismiss.

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the F&R to be supported by the record and by proper analysis. However, in his objection, plaintiff contends that he did not receive the Court's order of May 9, 2005, in which plaintiff was (1) notified that the Court would not consider both his opposition to an earlier motion to dismiss and his opposition to the current motion to dismiss, and (2) provided with an opportunity to either stand by his opposition to the current motion or submit a new opposition raising all the arguments he wishes the Court to consider. Plaintiff contends that because he did not receive the order, he was deprived of the opportunity provided by the Court to file a new opposition to the motion to dismiss.

The portion of the F&R relating to defendants' motion to dismiss for failure to exhaust shall be vacated. Plaintiff shall have thirty days from the date of service of this order to file a new opposition to defendants' motion. Plaintiff is reminded that if he files a new opposition, the Court will consider only the new opposition and will not consider plaintiff's opposition to the first motion filed September 10, 2004, opposition to the second motion filed February 25, 2005, supplemental declaration filed February 28, 2005, or objection to the F&R filed July 28, 2005. The Court will only consider one opposition to the motion. Therefore, plaintiff's new opposition must be complete within itself.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed June 30, 2005, is adopted in part and vacated in part as follows:

    a. The recommendation that plaintiff's motion for summary judgment, filed April 1, 2005, be DENIED on the ground that it is procedurally deficient is GRANTED and plaintiff's motion is DENIED, without prejudice; and

    b. The recommendation that defendants' motion to dismiss for failure to exhaust be GRANTED is vacated;

2. The Clerk's Office shall send plaintiff a courtesy copy of the Court's order of May 9, 2005;

2

3. Plaintiff has **thirty (30) days** from the date of service of this order to file a new opposition to defendants' motion to dismiss;

4. Defendants have **eleven (11) days** from the date of service of plaintiff's new opposition to file a reply, if any; and

5. Because the Findings and Recommendations is being vacated solely so that plaintiff may file a new opposition, the Findings and Recommendations will be deemed reinstated by the Court if plaintiff does not file a new opposition within thirty days.

IT IS SO ORDERED.

**Dated:** **August 17, 2005**              /s/ Robert E. Coyle
668554                                       UNITED STATES DISTRICT JUDGE