UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MING CHING JIN,<br><br>        Plaintiff,<br><br>vs.<br><br>W. HENSE, et al.,<br><br>        Defendants.<br>_____/ | 1:03-cv-05282-REC-SMS-P<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 64)<br><br>**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO DISMISS, AND DISMISSING CLAIMS AGAINST DEFENDANTS COLE, DAVIS, AND HENSE, WITHOUT PREJUDICE, FOR FAILURE TO EXHAUST** (Doc. 43)<br><br>**ORDER TRANSFERRING ACTION TO CENTRAL DISTRICT OF CALIFORNIA** |

    Plaintiff Ming Ching Jin ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On November 16, 2005, the Magistrate Judge filed a Findings and Recommendations herein which was served on the parties and which contained notice to the parties that any objections to the

1

Findings and Recommendations were to be filed within thirty (30) days.  On December 15, 2005, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.  On December 16, 2005, defendants filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed November 16, 2005, is ADOPTED IN FULL;

2. Defendants' motion to dismiss based on plaintiff's failure to exhaust the available administrative remedies, filed February 22, 2005, is GRANTED IN PART and DENIED IN PART as follows:

   a. Defendants' motion to dismiss plaintiff's claim against defendants Cole and Davis for failure to exhaust is GRANTED;

   b. Defendants' motion to dismiss plaintiff's claim against defendant Forgia for failure to exhaust is DENIED; and,

   c. Defendants' motion to dismiss plaintiff's claim against defendant Hense for failure to exhaust is GRANTED;

3. Plaintiff's claims against defendants Cole, Davis, and Hense are DISMISSED, without prejudice, for failure to exhaust;

4. This action shall continue to proceed on plaintiff's third amended complaint against defendant Forgia for retaliation;

and,

    5.   This action shall be TRANSFERRED to the United States District Court for the Central District of California where venue of plaintiff's remaining claim is proper.

    IT IS SO ORDERED.

**Dated:  January 19, 2006**            **/s/ Robert E. Coyle**
668554                                  UNITED STATES DISTRICT JUDGE